FILED
CLERK, U.S. DISTRICT COURT

FEB - 1 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL DE JESUS MUNOZ,<br><br>Defendant. | Case No.  21-MJ-529<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On February 1, 2021, Defendant Gabriel De Jesus Munoz made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the Northern District of California on September 5, 2019.  Deputy Federal Public Defender Kate Morris was appointed to represent Defendant.  Defendant submitted on the recommendation of detention in the Pretrial Services Report.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition: while on supervised release, defendant was arrested and charged with criminal offenses, including burglary, battery on a police officer, assault with a deadly weapon and possession or manufacture of a weapon in a penal institution, and used controlled substances.

    ☒ unknown bail resources

Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition (see above)

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Northern District of California forthwith.

The Court directed government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled appearance, and provide this information to DFPD Kate Morris so that they may monitor the status of defendant's transportation to, and arrival in, the charging district for his next appearance.

Dated: February 1, 2021

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

3